ORIGINAL

**FILED**

JUL 20 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1 DEVIN DERHAM-BURK #104353
  CHAPTER 13 STANDING TRUSTEE
2 P O BOX 50013
  SAN JOSE, CA  95150-0013
3
  Telephone:  (408) 354-4413
4 Facsimile:   (408) 354-5513

5 Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                              ) Chapter 13
                                    )
GEORGETTE A ROLLINS                 ) Case No. 05-53389 RLE
                                    )
                                    ) **NOTICE OF UNCLAIMED DIVIDEND**
                                    )
                Debtor              )
_____)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

   Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2471229 for an unclaimed dividend in the amount of $2.81.  The name and address of the claimant entitled to the unclaimed dividend is as follows;

   Claim # 30      SUPERIOR THREADS INC
                   P O BOX 1672
                   ST GEORGE, UT  84771

Dated: July 16, 2010
                                    _____
                                    DEVIN DERHAM-BURK, TRUSTEE